DAVID KAYS (SBN 120798)
dkays@mffmlaw.com
WILLIAM SIAMAS (SBN 133111)
wsiamas@mffmlaw.com
MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP
333 W. San Carlos Street, Suite 1050
San Jose, California 95110-2735
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Non-Party
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: *EX PARTE* APPLICATION OF TOT POWER CONTROL, S.L. FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS | Case No. 3:26-mc-02335-AHG<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY QUALCOMM INCORPORATED<br><br>Hon. Allison H. Goddard<br>U.S. Magistrate Judge |

**PLEASE TAKE NOTICE** that David A. Kays of Morgan Franich Fredkin Siamas & Kays LLP, with offices located at 333 W. San Carlos Street, Suite 1050, San Jose, CA 95110, hereby enters an appearance as counsel of record for Non-Party Qualcomm Incorporated in this action.

All notices and other materials relevant to this action should be directed to and served upon the above-noted counsel at the following address:

David A. Kays (State Bar No. 120798)
dkays@mffmlaw.com
MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP
333 West San Carlos Street
Suite 1050
San Jose, CA 95110
Telephone: (408)288-8288
Facsimile: (408)288-8325

The undersigned hereby certifies that he is admitted to practice before this Court.

Dated: October 2, 2026

Respectfully submitted,

MORGAN FRANICH FREDKIN
SIAMAS & KAYS LLP

By: *_/s/ David A. Kays_*
DAVID A. KAYS (SBN 120798)

Attorneys for Non-Party
QUALCOMM INCORPORATED

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on this October 2, 2026

*/s/ David Kays*
David Kays