UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re Ex Parte Application of:

TOT POWER CONTROL, S.L.,

Applicant,

For an Order Pursuant to 28 U.S.C. § 1782 for Judicial Assistance in Obtaining Evidence for Use in a Foreign and International Proceeding

Case No.: 3:26-mc-02335-AHG

**ORDER SETTING BRIEFING SCHEDULE ON EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782**

**[ECF No. 1]**

On October 1, 2026, Applicant TOT Power Control, S.L. ("TOT") filed an *ex parte* Application for an order authorizing the issuance of a subpoena directing Respondent Qualcomm, Inc. ("Qualcomm") to appear for a deposition and produce specified documents. ECF No. 1; *see* ECF No. 1-1. TOT asserts that the subpoena seeks evidence that is relevant to a patent infringement lawsuit pending in China at the Beijing High People's Court and forthcoming patent litigation in Japan, in which TOT is a party. ECF

No. 1 at 2 ("TOT seeks specifically identified documents, source code and testimony that were produced in the prior litigation[1] and relate to its claims of patent infringement"). After reviewing the *ex parte* Application, the Court **ORDERS** as follows:

1. TOT must serve the *ex parte* Application and this Order on Qualcomm, and file a Proof of Service with the Court, on or before **October 9, 2026**.

2. Qualcomm must file its response to the *ex parte* Application on or before **October 23, 2026**.

3. TOT may file a reply on or before **October 30, 2026**.

4. Unless the Court directs otherwise, the *ex parte* Application will be deemed submitted on the papers upon the filing of TOT's reply or, if no reply is filed, as of the due date of the reply.

**IT IS SO ORDERED.**

Dated: October 2, 2026

Honorable Allison H. Goddard
United States Magistrate Judge

[1] "TOT has previously litigated the US counterpart to the Chinese and Japanese patents in US proceedings against Apple. During the course of those proceedings, TOT sought and obtained discovery from Qualcomm, some of which was used in the trial against Apple in July of 2025." ECF No. 1 at 2.