JAMES R. SIGEL (State Bar No. 288478)
jamessigel@dwt.com
SHONTEE M. PANT (State Bar No. 344797)
shonteepant@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Proposed Intervenor
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In Re:

EX PARTE APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS

Case No.: 3:26-mc-02335-AHG

**NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY APPLE INC.**

Assigned to the Hon. Magistrate Judge Allison H. Goddard

Action Filed: October 1, 2026

PLEASE TAKE NOTICE that James Sigel of Davis Wright Tremaine LLP, with offices located at 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071, hereby enters an appearance as counsel of record for Non-Party Apple Inc. in this action.

All notices and other materials relevant to this action should be directed to and served upon the above-noted counsel at the following address:

James R. Sigel (State Bar No. 288478)
jamessigel@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

The undersigned hereby certifies that he is admitted to practice before this Court.

DATED: October 22, 2026

DAVIS WRIGHT TREMAINE LLP
JAMES R. SIGEL

By: */s/ James R. Sigel*
James R. Sigel, State Bar No. 288478
Attorney for Proposed Intervenor
Apple Inc.

**Certificate of Service**

The undersigned hereby certifies that the foregoing document was filed and received by all counsel of record using the Court's CM/ECF system on October 22, 2026. The undersigned further certifies that copies of the foregoing document will also be emailed to counsel of record.

*/s/ James R. Sigel*
James R. Sigel, State Bar No. 288478